AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

## Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  12-MJ-0028 |
| RAFAEL POLONIA | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/3/2012 to 1-20-2012_____ in the county of _____Luzerne_____ in the

_____Middle_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | The defendant, using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign comerce, knowingly received and distributed visual depictions of minors engaging in sexually explicit conduct, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Trac T. Huynh, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/5/12

_____
Judge's signature

City and state: _____SCRANTON, PA_____

THOMAS M. BLEWITT
Printed name and title